An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAS VEGAS DEVELOPMENT GROUP, LLC, A NEVADA LIMITED LIABILITY COMPANY,

        Appellant,

vs.

BANK OF AMERICA, N.A., A NATIONAL BANKING ASSOCIATION,

        Respondent.

No. 65318

**FILED**

NOV 12 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.[1] The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Jessie Elizabeth Walsh, District Judge
Roger P. Croteau & Associates, Ltd.
Akerman LLP/Las Vegas
Eighth District Court Clerk

---

[1]In light of this order, the parties' stipulation for an extension of time to file the answering brief is denied as moot.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-37169